**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____    <span style="color:red">Must sign here</span> _____    _____

                                  *Attorney-at-Law / Pro Se Plaintiff*                *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

| A. | *Federal Question Cases:* |
|---|---|
| ☐ 1. | Indemnity Contract, Marine Contract, and All Other Contracts |
| ☐ 2. | FELA |
| ☐ 3. | Jones Act-Personal Injury |
| ☐ 4. | Antitrust |
| ☐ 5. | Patent |
| ☐ 6. | Labor-Management Relations |
| ☐ 7. | Civil Rights |
| ☐ 8. | Habeas Corpus |
| ☐ 9. | Securities Act(s) Cases |
| ☐ 10. | Social Security Review Cases |
| ☐ 11. | All other Federal Question Cases *(Please specify):* _____ |

| B. | *Diversity Jurisdiction Cases:* |
|---|---|
| ☐ 1. | Insurance Contract and Other Contracts |
| ☐ 2. | Airplane Personal Injury |
| ☐ 3. | Assault, Defamation |
| ☐ 4. | Marine Personal Injury |
| ☐ 5. | Motor Vehicle Personal Injury |
| ☐ 6. | Other Personal Injury *(Please specify):* _____ |
| ☐ 7. | Products Liability |
| ☐ 8. | Products Liability – Asbestos |
| ☐ 9. | All other Diversity Cases *(Please specify):* _____ |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    *Justin Brooks* <span style="color:red">Sign here if applicable</span> _____    _____

                                  *Attorney-at-Law / Pro Se Plaintiff*               *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*