# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

SEALED PLAINTIFF,

     Plaintiff,     :     Civil Action No. 21-4061

   v.         :     **FILED UNDER SEAL**

SEALED DEFENDANTS,

     Defendants.

_____

## THE UNITED STATES' NOTICE OF ELECTION TO
## DECLINE INTERVENTION

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE C. ROMERO
United States Attorney

GREGORY B. DAVID
Chief, Civil Division

CHARLENE KELLER FULLMER
Deputy Chief, Civil Division

MATTHEW E. K. HOWATT
Assistant United States Attorney

JAMIE A. YAVELBERG
NATALIE A. WAITES
DANIELLE L. SGRO
Attorneys, Civil Division
United States Department of Justice
Washington, D.C.

November 22, 2022

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* VILMA GARCIA AND GALIT MARKS, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 21-4061 |
| v. | : : : | **FILED UNDER SEAL** |
| CHEMED CORPORATION, VITAS HEALTHCARE CORPORATION, et al., | : : : : : | |
| Defendants. | : : | |

## ORDER

The United States and the nine named Plaintiff States—California, Connecticut, Delaware, Florida, Georgia, Illinois, New Jersey, Texas, and Virginia, as well as the District of Columbia—having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the respective Plaintiff States' false claims acts, the Court rules as follows:

IT IS ORDERED that:

1.     the complaint be unsealed and served upon the defendants by the relators;

2.     all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3.     the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and to the Plaintiff States as required pursuant to their respective false claims acts or applicable law. The United States and the Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the Plaintiff States;

6. all orders of this Court shall be sent to the United States and the Plaintiff States; and

7. should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval, and from the Plaintiff States as required pursuant to their respective false claims acts or applicable law.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*

Dated:_____

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>et al., *ex rel*.<br>VILMA GARCIA AND GALIT MARKS, | : |
|  | : |
| Plaintiff, | : Civil Action No. 21-4061 |
|  | : |
| v. | : **FILED UNDER SEAL** |
|  | : |
| CHEMED CORPORATION,<br>VITAS HEALTHCARE CORPORATION,<br>et al., | : |
|  | : |
| Defendants. | : |

## THE UNITED STATES' NOTICE OF ELECTION TO
## DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in this action.

In addition, the nine named States and the District of Columbia ("Plaintiff States"), on whose behalf the relators assert state false claims act violations, have elected to decline intervention in this matter pursuant to each Plaintiff State's respective false claims act or applicable law. Even though the United States does not represent those state governments, through their authorized liaisons—David B. Songco (Deputy Attorney General, California Department of Justice, Bureau of Medi-Cal Fraud and Elder Abuse) and Matthew G. Howells (Assistant Attorney General, Virginia Office of Attorney General)—the Plaintiff States have asked the undersigned to notify the Court of their intervention decision.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b), which allow the relators to maintain the action in the name of the United

States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

Likewise, the Plaintiff States, through their authorized liaisons, have asked that they be served or otherwise noticed of all pleadings filed in this action, all orders issued by the Court, and all notices of appeal. The Plaintiff States further reserve their rights under applicable state law to order deposition transcripts, to intervene in this action at a later date, and to seek the dismissal of the relators' actions or claims.

Finally, the United States requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE C. ROMERO
United States Attorney

GREGORY B. DAVID
Chief, Civil Division

*/s/ Charlene Keller Fullmer*
CHARLENE KELLER FULLMER
Deputy Chief, Civil Division

*/s/ Matthew E. K. Howatt*
MATTHEW E. K. HOWATT
Assistant United States Attorney
615 Chestnut Street, Suite 650
Philadelphia, PA  19106
(215) 861-8335 (Direct)
(215) 861-8618 (Fax)
Matthew.Howatt@usdoj.gov

JAMIE A. YAVELBERG
NATALIE A. WAITES
DANIELLE L. SGRO
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Date: November 22, 2022

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this date a pdf of the foregoing United States' Notice of Election to

Decline Intervention was sent by email only (per agreement) to the following counsel for

Relators:

> Justin S. Brooks
> justin@whistleblowergroup.com
> Reuben A. Guttman
> reuben@whistleblowergroup.com
> Traci L. Buschner
> Traci@whistleblowergroup.com
> Elizabeth H. Shofner
> Elizabeth@whistleblowergroup.com
> Whitney M. Untiedt
> whitner@whistleblowergroup.com
> GUTTMAN, FREIDIN & CELLER
> *Attorneys for Relators*
>
> */s/ Matthew E. K. Howatt*
> MATTHEW E. K. HOWATT
> Assistant United States Attorney

Date: November 22, 2022