|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel*. VILMA GARCIA AND GALIT MARKS, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 21-4061 |
| v. | : : | |
| CHEMED CORPORATION, VITAS HEALTHCARE CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

## **ORDER**

The United States and the nine named Plaintiff States—California, Connecticut, Delaware, Florida, Georgia, Illinois, New Jersey, Texas, and Virginia, as well as the District of Columbia—having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the respective Plaintiff States' false claims acts, the Court rules as follows:

IT IS ORDERED that:

1. the complaint be unsealed and served upon the defendants by the relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relators will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and to the Plaintiff States as required pursuant to their respective false claims acts or applicable law. The United States and the Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States and the Plaintiff States;

6. all orders of this Court shall be sent to the United States and the Plaintiff States; and

7. should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval, and from the Plaintiff States as required pursuant to their respective false claims acts or applicable law.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*

Dated: *December 2, 2022*