# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

VILMA GARCIA UNITED STATES OF AMERICA, EX REL.; GALIT MARKS
UNITED STATES OF AMERICA, EX REL.; THE STATE OF CALIFORNIA; THE
STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE STATE OF
FLORIDA; THE STATE OF GEORGIA; THE STATE OF ILLINOIS; THE STATE
OF NEW JERSEY; THE STATE OF TEXAS; THE COMMONWEALTH OF
VIRGINIA; THE DISTRICT OF COLUMBIA

_____
*Plaintiff(s)*

v.

(SEE ATTACHED LIST OF DEFENDANTS)
_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:21-cv-04061

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      JUSTIN SILVER BROOKS, ESQ.
Guttman, Buschner & Brooks, PLLC
450 N. Narberth Ave., Ste 102
Narberth, PA 19072
202-800-3001
Email: jbrooks@gbblegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____12/5/2022_____          s/*Michele DiNapoli*
                                             _____
                                             *Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Civil Action No.    2:21-cv-04061

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2:21-cv-04061

**List of Defendants:**

CHEMED CORPORATION;

VITAS HEALTHCARE CORPORATION;

VITAS HEALTHCARE CORPORATION ATLANTIC;

VITAS HEALTHCARE CORPORATION MIDWEST;

VITAS HEALTHCARE CORPORATION OF CALIFORNIA;

VITAS HEALTHCARE CORPORATION OF FLORIDA;

VITAS HEALTHCARE CORPORATION OF GEORGIA;

VITAS HEALTHCARE CORPORATION OF ILLINOIS;

VITAS HEALTHCARE CORPORATION OF OHIO;

VITAS HEALTHCARE CORPORATION OF PENNSYLVANIA;

VITAS HEALTHCARE OF TEXAS, L.P.;

VITAS HOLDINGS CORPORATION;

VITAS HOSPICE SERVICES CORPORATION;

VITAS HOSPICE SERVICES, L.L.C.