# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  )
et al., *ex rel.*  )
VILMA GARCIA & GALIT MARKS,  )
                                 )    Civil Action No. 21-4061
           Plaintiff-Relators,  )
                                 )
      v.  )
                                 )
CHEMED CORPORATION, et al.  )
                                 )
           Defendants.  )

## NOTICE OF VOLUNTARY
## DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff-Relators Vilma Garcia and Galit Marks ("Relators"), by and through their undersigned counsel, respectfully submit this Notice of Voluntary Dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dismissal is proper under Fed. R. Civ. P. 41(a)(1)(A)(i) as Defendant Chemed Corporation and all other Defendants named in the Complaint were not served and, therefore, they did not file an answer, motion for summary judgment, or counterclaims. Moreover, the United States – which filed its Notice of Election to Decline Intervention on November 22, 2022 (Dkt. 9) – has informed counsel that it consents to Relators' dismissal so long as the dismissal is without prejudice to the United States. The United States is expected to file its written consent forthwith, pursuant to 28 U.S.C. § 3730(b)(1).

In light of the foregoing, this action should be dismissed without prejudice as to their claims against all Defendants and without prejudice as to the claims of the United States and any other government plaintiffs..

Dated: February 7, 2023

Respectfully Submitted,

*/s/Justin S. Brooks*
Justin S. Brooks
jbrooks@gbblegal.com
**GUTTMAN, BUSCHNER & BROOKS PLLC**
450 N. Narberth Ave.
Suite 102
Narberth, PA 19072
Tel: 202-800-3001

***Counsel for Relator***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: */s/ Justin Brooks*
Justin S. Brooks, Esq.