**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* VILMA GARCIA AND GALIT MARKS, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 21-4061 |
| v. | : : | |
| CHEMED CORPORATION, VITAS HEALTHCARE CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

**THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

On February 7, 2023, Relators Vilma Garcia and Galit Marks filed a Notice of Voluntary Dismissal without prejudice of this action [Dkt No. 12].  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

In its Order unsealing this case, dated December 2, 2022 [Dkt. No. 10], the Court kept under seal all previous filings other than the Relators' Complaint and the United States' Notice of Election to Decline Intervention.  The United States requests that all those currently sealed prior filings remain under seal and not be made public because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE C. ROMERO
United States Attorney

GREGORY B. DAVID
Chief, Civil Division

*/s/ Charlene Keller Fullmer*
CHARLENE KELLER FULLMER
Deputy Chief, Civil Division

*/s/ Matthew E. K. Howatt*
MATTHEW E. K. HOWATT
Assistant United States Attorney
615 Chestnut Street, Suite 650
Philadelphia, PA  19106
(215) 861-8335 (Direct)
(215) 861-8618 (Fax)
Matthew.Howatt@usdoj.gov

JAMIE A. YAVELBERG
NATALIE A. WAITES
DANIELLE L. SGRO
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Dated:  February 8, 2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
et al., *ex rel.*
VILMA GARCIA AND GALIT MARKS,

     Plaintiffs,        Civil Action No. 21-4061

  v.

CHEMED CORPORATION,
VITAS HEALTHCARE CORPORATION,
et al.,

     Defendants.

## <u>ORDER</u>

Relators Vilma Garcia and Galit Marks, having filed a Notice of Voluntary Dismissal without prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relators and as to the United States;

2. Consistent with the Court's prior Order unsealing the case, dated December 2, 2022 [Dkt. No. 10], all filings other than that unsealing Order, the Relators' Complaint, the Summons to Defendants, the United States' Notice of Election to Decline Intervention, the Relators' Notice of Voluntary Dismissal, and the United States' Notice of Consent to Dismissal, shall remain under seal and not be made public; and

3. The Clerk of Court shall close the case.

         _____
         HONORABLE MITCHELL S. GOLDBERG
         *Judge, United States District Court*

This \_\_\_\_\_ day of _____, 2023