**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* VILMA GARCIA AND GALIT MARKS, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 21-4061 |
| v. | : : : | |
| CHEMED CORPORATION, VITAS HEALTHCARE CORPORATION, et al., | : : : : | |
| Defendants. | : : | |

**ORDER**

Relators Vilma Garcia and Galit Marks, having filed a Notice of Voluntary Dismissal without prejudice of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relators and as to the United States;

2. Consistent with the Court's prior Order unsealing the case, dated December 2, 2022 [Dkt. No. 10], all filings other than that unsealing Order, the Relators' Complaint, the Summons to Defendants, the United States' Notice of Election to Decline Intervention, the Relators' Notice of Voluntary Dismissal, and the United States' Notice of Consent to Dismissal, shall remain under seal and not be made public; and

3. The Clerk of Court shall close the case.

*/s/ Mitchell S. Goldberg*
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*

This __9th__ day of __February__, 2023